NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Billy F. Steffey, self-represented
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 955-6332 | bsteffey@mac.com

ATTORNEY(S) FOR: Plaintiff, self-represented

FILED
CLERK, U.S. DISTRICT COURT
8/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY JB DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Billy F. Steffey** Plaintiff(s),

v.

**United States of America; Safariland, LLC** Defendant(s)

CASE NUMBER:

2:26-cv-09497 -MCS-RAO

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Billy F. Steffey, self-represented or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Billy F. Steffey | Plaintiff |
| United States of America | Defendant |
| Safariland, LLC | Defendant |
| Cadre Holdings, Inc. | Publicly traded parent of Safariland, LLC |

August 19, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Billy F. Steffey, self-represented