Billy F. Steffey
Email: bsteffey@mac.com
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Plaintiff, Self-Represented

FILED
CLERK, U.S. DISTRICT COURT
8/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY JB DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

BILLY F. STEFFEY,

Plaintiff,

v.

UNITED STATES OF AMERICA; and SAFARILAND, LLC,

Defendants.

Case No.: 2:26-cv-09497-MCS-RAO

**NOTICE OF RELATED CASES**

**(C.D. Cal. L.R. 83-1.3)**

Plaintiff Billy F. Steffey gives notice under Local Rule 83-1.3 that this action is related to Steffey v. Peters, No. 2:25-cv-11105-VBF-SK (C.D. Cal.), assigned to District Judge Valerie Baker Fairbank and Magistrate Judge Steve

Kim.

The prior action was filed on November 18, 2025 and was voluntarily dismissed without prejudice under Rule 41(a)(1) on January 21, 2026 (ECF 38) so that Plaintiff could complete administrative exhaustion under the Federal Tort Claims Act, 28 U.S.C. § 2675(a). No merits judgment was entered.

This action arises from the same December 5, 2017 NIK field testing at FCI Lompoc, the same Incident Report No. 3084272 and disciplinary finding, the same institutional guidance and manufacturer materials, the same injuries, and claims against the same defendants' interests. The actions arise from the same or closely related transactions and events and would entail substantial duplication of labor if heard by different judges. L.R. 83-1.3.1.

Because this Complaint asserts essentially the same claims against the United States and Safariland, LLC previously presented in the dismissed action, assignment to Judge Fairbank under Local Rule 83-1.2.2 appears appropriate. Plaintiff submits this notice without taking a position on whether reassignment is required.

DATED: August 19, 2026, 2026

Billy F. Steffey, Plaintiff, Self-Represented