Billy F. Steffey
Email: bsteffey@mac.com
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Plaintiff, Self-Represented

FILED
CLERK, U.S. DISTRICT COURT
8/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY JB DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

BILLY F. STEFFEY,

Plaintiff,

v.

UNITED STATES OF AMERICA; and SAFARILAND, LLC,

Defendants.

Case No.: 2:26-cv-09497-MCS-RAO

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

**(C.D. Cal. L.R. 83-1.4)**

Plaintiff Billy F. Steffey gives notice under Local Rule 83-1.4 of the following related proceeding pending in another federal court: Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR, United States District Court for the District

of Oregon (Simon, J.).

That proceeding is a habeas corpus action under 28 U.S.C. § 2241 and post-judgment proceeding under Rule 60(d)(3) challenging the validity of the Code 111 disciplinary finding arising from the same December 5, 2017 NIK testing at issue here. On June 23, 2026, the Oregon court granted Plaintiff's Rule 59(e) motion, held the petition not moot, and authorized a further amended Rule 60(d)(3) motion; that motion (ECF 69) was fully briefed as of Plaintiff's July 27, 2026 reply (ECF 74) and is under submission.

The parties to the Oregon proceeding are Billy F. Steffey (Petitioner) and the Warden, FCI Lompoc (Respondent). Pursuant to Local Rule 83-1.4.2, counsel information is as follows: Petitioner appears self-represented — Billy F. Steffey, 455 Capitol Mall, Suite 802, Sacramento, CA 95814; telephone (916) 955-6332; bsteffey@mac.com. Respondent is represented by Assistant United States Attorneys Joshua Keller, Meredith Bateman, and Staci Schoff, United States Attorney's Office for the District of Oregon, 1000 SW Third Avenue, Suite 600, Portland, OR 97204; telephone (503) 727-1000.

This action seeks money damages only. It does not ask this Court to restore good-conduct time, expunge the disciplinary record, or grant habeas relief. The Oregon proceeding's outcome may bear on favorable-termination, accrual, stay, and damages issues presented here, and Plaintiff will promptly notify this Court of

material developments.

DATED: August 19, 2026, 2026

Billy F. Steffey, Plaintiff, Self-Represented