FILED
CLERK, U.S. DISTRICT COURT
10/12/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Billy F. Steffey
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com
Plaintiff, Self-Represented

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and<br><br>SAFARILAND, LLC,<br><br>Defendants. | Case No.: 2:26-cv-09497-VBF-SKx<br><br>**AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[C.D. Cal. L.R. 83-1.4] |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Billy F. Steffey, self-represented, submits this amended notice under Local Rule 83-1.4, whose duty continues throughout the time an action is before this Court. It supplements the Notice of Pendency of Other Actions or Proceedings on file in this action (ECF 4), which identified the District of Oregon proceeding described in Part A, by adding the Eastern District of California action described in Part B, filed September 28, 2026. It is filed concurrently with Plaintiff's First Amended Verified Complaint.

**A. *Steffey v. Warden, FCI Lompoc*, No. 3:19-cv-00093-JR (D. Or.)**

1. Description. A petition for a writ of habeas corpus under 28 U.S.C. § 2241, filed January 18, 2019 and originally captioned *Steffey v. Salazar*, challenging the disciplinary finding on Incident Report No. 3084272. Judgment was entered on May 18, 2020. Plaintiff's further amended motion for relief from that judgment under Federal Rule of Civil Procedure 60(d)(3), filed July 9, 2026, has been fully briefed and is pending.

2. Court. United States District Court for the District of Oregon, Portland Division.

3. Parties. Billy F. Steffey, Petitioner; Warden, FCI Lompoc, Respondent.

4. Attorneys. Petitioner is self-represented; his address, telephone number,

and email address appear above. Respondent is represented by Meredith D.M. Bateman, Assistant United States Attorney, and Staci Schoff, Special Assistant United States Attorney, United States Attorney's Office for the District of Oregon, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204-2902, telephone (503) 727-1000.

5. Relationship. The disciplinary finding challenged in that proceeding rests on the same December 5, 2017 NIK testing at FCI Lompoc on which Counts I and II of this action are based (First Amended Verified Complaint ¶¶ 9, 83–84, 93). A ruling vacating the judgment or expunging the finding may bear on the accrual and favorable-termination issues alleged here. Plaintiff does not seek transfer or consolidation.

**B. *Steffey v. Federal Bureau of Prisons*, No. 2:26-cv-03395-TLN-SCR (E.D. Cal.)**

6. Description. An action under the Freedom of Information Act, 5 U.S.C. § 552, filed September 28, 2026, challenging the withholding in full of the four pages located in response to FOIA Request No. 2026-05140, which sought the "March 27th SIS Advisory." Plaintiff has moved to expedite that action (ECF 2).

7. Court. United States District Court for the Eastern District of California.

8. Parties. Billy F. Steffey, Plaintiff; Federal Bureau of Prisons and United

States Department of Justice, Defendants.

9. Attorneys. Plaintiff is self-represented; his address, telephone number, and email address appear above. No counsel has yet appeared for Defendants.

10. Relationship. The withheld pages bear on the testing procedure and the attribution of testing guidance alleged in this action (First Amended Verified Complaint ¶¶ 46–48, 79, 82). That action seeks only the records and asserts no damages claim. Plaintiff does not seek transfer or consolidation.

Respectfully submitted,

DATED: October 12, 2026



**Billy F. Steffey**
Plaintiff, Self-Represented