Billy F. Steffey
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com
Plaintiff, Self-Represented

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

BILLY F. STEFFEY,

Plaintiff,

v.

UNITED STATES OF AMERICA; and SAFARILAND, LLC,

Defendants.

Case No. 2:26-cv-09497-VBF-SKx

ORDER GRANTING PLAINTIFF'S APPLICATION FOR PERMISSION FOR ELECTRONIC FILING (FORM CV-005)

The Court has considered the Application for Permission for Electronic Filing (Form CV-005) of Plaintiff Billy F. Steffey, who represents himself in this action, submitted under Local Rule 5-4.1.1. Good cause appearing,

IT IS ORDERED that the Application is GRANTED. Plaintiff may participate in electronic filing in this case. Within five (5) days after service of this Order, Plaintiff shall complete the Court's online registration for self-represented

electronic filers and shall thereafter comply with Local Rule 5-4 and the Court's electronic-filing procedures, including the delivery of any required chambers copies.

IT IS SO ORDERED.

DATED: October 20. 2026

HON. STEVE KIM
United States Magistrate Judge