**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **BILLY F. STEFFEY,**<br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br>Defendants. | **ORDER**<br>LA CV 26-09497-VBF-SK |

The September 22, 2026 Order accepting transfer of this case to the undersigned **[Doc #14] was issued in error and is VACATED.**

The Clerk of Court SHALL TRANSFER this case back to the originally assigned District Judge (The Honorable Mark C. Scarsi) and Magistrate Judge (The Honorable Rozella A. Oliver).

IT IS SO ORDERED.

Dated: October 23, 2026

Valerie Baker Fairbank

Honorable Valerie Baker Fairbank
Senior United States District Judge