**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Billy F. Steffey<br>PLAINTIFF(S),<br>v.<br>United States of America et al<br>DEFENDANT(S). | CASE NUMBER<br>2:26-cv-09497-VBF-SKx<br>**NOTICE OF REASSIGNMENT OF CASE** |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to Order of the Court filed __10/23/2026, Dkt. 20__________________________

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. ____________________________

You are hereby notified that this case has been transferred to the calendar of District Judge Mark C. Scarsi and Magistrate Judge Rozella A. Oliver for:

☑ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: ____________________________

On all documents subsequently filed in this case, please substitute the initials MCS-RAOx after the case number in place of the initials of the prior judge so that the case number will read: 2:26-cv-09467-MCS-RAOx. This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date 10/26/2026

By L. Hernandez
Deputy Clerk

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*