STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
SYDNEY A. SHAFFER (SBN 348771)
*sshaffer@yukelaw.com*
CAMILLE T. BAYLIS (SBN 363838)
*cbaylis@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and SAFARILAND, LLC,<br><br>Defendants. | **CASE NO. 2:26-cv-09497-MCS-RAOx**<br><br>**DEFENDANT SAFARILAND, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*[Filed concurrently with Declaration of S. Shaffer; Memorandum of Points and Authorities; [Proposed] Order; and Request for Judicial Notice]*<br><br>District Judge: Hon. Mark C. Scarsi<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>Date: Monday, December 7, 2026<br>Time: 9:00 a.m.<br>Crtrm: 7C<br><br>Trial Date: None Set |

**TO PLAINTIFF BILLY F. STEFFEY AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

/ / /

YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

**PLEASE TAKE NOTICE** that Defendant Safariland, LLC moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts III and IV of the First Amended Complaint, ECF 18.

First, Safariland seeks dismissal without prejudice insofar as those counts require a judgment necessarily inconsistent with the outstanding disciplinary finding that disallowed 41 days of good-conduct time. Second, to the extent either count accrued independently of that finding, Safariland seeks dismissal as untimely under California's two-year limitations period. Safariland requests 21 days after entry of the Court's order for Plaintiff to amend or supplement the pleading, as applicable, to cure the defect identified in the ruling. The motion does not seek dismissal of Counts I and II against the United States.

This motion is based on this notice and motion, the memorandum of points and authorities, the request for judicial notice, the Declaration of Sydney A. Shaffer and its exhibits, and the record properly considered under Rule 12(b)(6).

This motion follows the conference conducted on October 19, 2026 pursuant to Local Rule 7-3. The supporting declaration identifies the conference and each party's position on the disputed issues.

DATED: October 26, 2026

YUKEVICH | CAVANAUGH

By: Sydney Shaffer

Steven D. Smelser
Sydney A. Shaffer
Camille T. Baylis
Attorneys for Defendant,
SAFARILAND, LLC.

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# PROOF OF SERVICE

**Billy F. Steffey vs. United States of America, et al.**
**USDC, Central Dist. of California - Case No. 2:26-cv-09497-MCS-RAOx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, 15th Floor, Los Angeles, California 90071-1560.

On October 26, 2026, I served true copies of the following document(s) described as **DEFENDANT SAFARILAND, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT,** on the interested parties in this action as follows:

Billy F. Steffey
455 Capitol Mall, Suite 802
Sacramento, CA 95814

Plaintiff Pro Per

Tel: 916-955-6332
Email: bsteffev@mac.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address vpanameno@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2026, at Los Angeles, California.

/s/ Violeta J. Panameno
Violeta J. Panameno