STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
SYDNEY A. SHAFFER (SBN 348771)
*sshaffer@yukelaw.com*
CAMILLE T. BAYLIS (SBN 363838)
*cbaylis@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants. | **CASE NO. 2:26-cv-09497-MCS-RAOx**<br><br>**[PROPOSED] ORDER GRANTING SAFARILAND, LLC'S MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*[Filed concurrently with Defendant Safariland, LLC's Notice of Motion and Motion to Dismiss Counts III and IV of Plaintiff's First Amended Complaint; Memorandum of Points and Authorities in Support; Declaration of S. Shaffer; and Request for Judicial Notice]*<br><br>District Judge: Hon. Marc C. Scarsi<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>Date: Monday, December 7, 2026<br>Time: 9:00 a.m.<br>Crtrm: 7C<br><br>Trial Date: None Set |

/ / /

/ / /

**[PROPOSED] ORDER**

The Court has considered Defendant Safariland, LLC's ("Safariland") Motion to Dismiss Counts III and IV of Plaintiff Billy F. Steffey's ("Plaintiff") First Amended Complaint, the papers filed in connection with the motion, and the record properly considered under Federal Rule of Civil Procedure 12(b)(6).

IT IS ORDERED:

1. Safariland's request for judicial notice is GRANTED as to the existence, filing dates, and procedural dispositions of the identified court records and the content of the materials submitted on Plaintiff's behalf in April 2020, subject to the limitations stated in the request. The Court does not take judicial notice of disputed scientific, misconduct, causation, or knowledge assertions as true. The selected First Amended Complaint ("FAC") pages are considered as portions of the operative pleading and its attachments.

2. The motion to dismiss Counts III and IV is GRANTED insofar as recovery on the causal theory pleaded in FAC ¶¶ 119 and 126, read with ¶¶ 93 and 96, necessarily requires a determination that the drug-identification predicate supplied no adequate basis for the outstanding disciplinary finding that disallowed 41 days of good-conduct time. Applying the California principle identified in *Yount v. City of Sacramento*, 43 Cal. 4th 885, 898-902 (2008), to that theory, in light of *Edwards v. Balisok*, 520 U.S. 641, 646-49 (1997), the claims may not proceed to that extent before favorable termination. Excluding damages for the lost credits does not cure a theory necessarily inconsistent with the finding. *See Hebrard v. Nofziger*, 90 F.4th 1000, 1010-11 (9th Cir. 2024). This ruling does not dismiss an independently actionable theory that can succeed consistent with the finding.

3. Dismissal on that ground is WITHOUT PREJUDICE. Plaintiff may file an amended or supplemental complaint within 21 days after entry of this Order to cure the identified defect, including by alleging an independent claim consistent with the outstanding finding or an intervening favorable termination. Leave to supplement under Rule 15(d) is limited to that period and purpose. Dismissal remains without prejudice to a later claim following favorable termination. This Order does not adjudicate the merits or timeliness of such a later claim or grant unrestricted prospective leave to amend.

4. The Court does not reach the alternative statute-of-limitations ground. Counts I and II against the United States are unaffected.

IT IS SO ORDERED.

Dated: ____________________

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**PROOF OF SERVICE**

**Billy F. Steffey vs. United States of America, et al.**
**USDC, Central Dist. of California - Case No. 2:26-cv-09497-MCS-RAOx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, 15th Floor, Los Angeles, California 90071-1560.

On October 26, 2026, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SAFARILAND, LLC'S MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT,** on the interested parties in this action as follows:

| | |
|---|---|
| Billy F. Steffey<br>455 Capitol Mall, Suite 802<br>Sacramento, CA 95814 | Plaintiff Pro Per<br><br>Tel: 916-955-6332<br>Email: bsteffev@mac.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address vpanameno@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2026, at Los Angeles, California.

/s/ Violeta J. Panameno
Violeta J. Panameno