STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
SYDNEY A. SHAFFER (SBN 348771)
*sshaffer@yukelaw.com*
CAMILLE T BAYLIS (SBN 363838)
*cbaylis@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

BILLY F. STEFFEY,

Plaintiff,

vs.

UNITED STATES OF AMERICA; and SAFARILAND, LLC,

Defendants.

**CASE NO. 2:26-cv-09497-MCS-RAOx**

**DEFENDANT SAFARILAND, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

*[Filed concurrently with Defendant Safariland, LLC's Notice of Motion and Motion to Dismiss Counts III and IV of Plaintiff's First Amended Complaint; Memorandum of Points and Authorities in Support; Declaration of S. Shaffer; and [Proposed] Order]*

District Judge: Hon. Marc C. Scarsi
Magistrate Judge: Hon. Rozella A. Oliver

Date: Monday, December 7, 2026
Time: 9:00 a.m.
Crtrm: 7C

Trial Date: None Set

/ / /



YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**REQUEST FOR JUDICIAL NOTICE**

Under Federal Rule of Evidence 201(b)(2) and (c)(2), Safariland respectfully requests that the Court take judicial notice of the existence, filing dates, stated procedural dispositions, and specifically identified contents of Exhibits 1-7 attached to the Declaration of Sydney A. Shaffer ("Shaffer Declaration"). Safariland requests that the Court also consider Exhibit 8 as selected complete pages of the operative First Amended Complaint ("FAC") and its attachments, filed by Plaintiff Billy F. Steffey ("Plaintiff") in this action, under Rule 10(c).

Court records may be considered for properly identified, undisputed procedural facts without converting a Rule 12(b)(6) motion to summary judgment. Judicial notice does not establish the truth of disputed factual assertions within those records. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-1003 (9th Cir. 2018). The request is limited as follows:

**Exhibit 1: Oregon ECF 12-5**

Discipline Hearing Officer Report, filed on March 6, 2019, 4 pages. The entry, stated basis, and sanctions of the Code 111 disciplinary finding; not the truth of disputed misconduct or chemistry.

**Exhibit 2: Oregon ECF 30**

Findings and Recommendation, filed February 25, 2020, 12 pages. The recommendation denying habeas relief and the issues addressed, particularly pages 9-12; not scientific or tort findings.

**Exhibit 3: Oregon ECF 39**

Opinion and Order adopting the Findings and Recommendation, filed May 18, 2020, 2 pages. The adoption and disposition of the habeas petition.

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**Exhibit 4: Oregon ECF 40**

Judgment, filed May 18, 2020, 1 page. The entry of judgment dismissing the habeas petition.

**Exhibit 5: Oregon ECF 63**

Order, filed June 23, 2026, 11 pages. The Rule 59(e) disposition, nonmootness ruling, and authorization of further Rule 60 proceedings; particularly pages 4-5 and 10-11.

**Exhibit 6: Oregon ECF 37 and 37-1 through 37-3**

Objections and attachments, filed April 23, 2020, 56 pages in the supplied combined record (12, 36, 5, and 3 pages respectively), submitted as Exhibit 6 in two PDF parts. The filing date and content of the materials submitted on Steffey's behalf, particularly ECF 37 at 8, 10–11 and ECF 37-1 at 33; not Steffey's subjective understanding, the truth of *Chacon*'s scientific conclusions, or a binding determination of Safariland's liability.

**Exhibit 7: Peters ECF 37**

Civil Minutes, filed January 16, 2026, 3 pages, PageID 397-399. The procedural alternatives described on page 3; not a tolling ruling or adjudication of the state-law claims.

**Exhibit 8: Current action ECF 18, 18-1, 18-2, and 18-3**

Selected complete pages of the operative FAC and its attached course materials, identified individually in the exhibit index. Courtesy excerpts of allegations and exhibits already before this Court; no separate notice of disputed allegations as true is requested.

/ / /

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

The FAC expressly discusses the disciplinary finding, prior habeas decisions, April 2020 objections and course attachments, and January 2026 *Peters* order. *See* FAC ¶¶ 64–65, 83, 93, 95–98. The motion asks the Court to consider the filing date and materials submitted on Plaintiff's behalf in evaluating the legal sufficiency of the discovery chronology pleaded in FAC ¶ 97. It does not request judicial notice that Plaintiff personally read or understood a particular passage, that his investigation was unreasonable, or that disputed assertions in those records are true. Safariland does not offer *Chacon*'s scientific conclusions as true or as binding authority. If a proposed use would require resolving a disputed fact, Safariland requests that the Court exclude that use and decide the motion on the permissible record rather than convert it under Rule 12(d).

References to "RJN Ex." in the memorandum identify the exhibits attached to the Shaffer Declaration. Original ECF page numbers control; continuous exhibit pagination and blue outlines are added aids. Notice of Exhibit 8's allegations as true, independent of the Rule 12(b)(6) standard, is neither requested nor necessary.

DATED: October 26, 2026 YUKEVICH | CAVANAUGH

By: *Sydney Shaffer*

Steven D. Smelser
Sydney A. Shaffer
Camille T. Baylis
Attorneys for Defendant,
SAFARILAND, LLC

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**PROOF OF SERVICE**

**Billy F. Steffey vs. United States of America, et al.**
**USDC, Central Dist. of California - Case No. 2:26-cv-09497-MCS-RAOx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, 15th Floor, Los Angeles, California 90071-1560.

On October 26, 2026, I served true copies of the following document(s) described as **DEFENDANT SAFARILAND, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS,** on the interested parties in this action as follows:

| | |
|---|---|
| Billy F. Steffey<br>455 Capitol Mall, Suite 802<br>Sacramento, CA 95814 | Plaintiff Pro Per<br><br>Tel: 916-955-6332<br>Email: bsteffev@mac.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address vpanameno@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2026, at Los Angeles, California.

/s/ Violeta J. Panameno
Violeta J. Panameno