# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY F. STEFFEY<br>Plaintiff(s),<br>v.<br>UNITED STATES OF AMERICA, et al.<br>Defendant(s). | CASE NUMBER:<br>2:26−cv−09497−MCS−RAO<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 10/26/2026 | 22 | MOTION to Dismiss COUNTS III AND IV OF PLAINTIFFS FIRST AMENDED COMPLAINT filed by defendant Safariland, LLC |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: October 29, 2026

*/s/ Mark C. Scarsi*
United States District Judge