STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
SYDNEY A. SHAFFER (SBN 348771)
*sshaffer@yukelaw.com*
CAMILLE T. BAYLIS (SBN 363838)
*cbaylis@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC

YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

BILLY F. STEFFEY,

Plaintiff,

vs.

UNITED STATES OF AMERICA; and SAFARILAND, LLC,

Defendants.

CASE NO. 2:26-cv-09497-MCS-RAOx

**DEFENDANT SAFARILAND, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND CORPORATE DISCLOSURE STATEMENT**

[F.R.Civ.P. 7.1; C.D. Cal. L.R. 7.1-1]

District Judge: Hon. Mark C. Scarsi, Crtrm. 7C
Magistrate Judge: Hon. Rozella A. Oliver, Crtrm. 590

Trial Date: None Set

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, and Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant SAFARILAND, LLC, certifies that the following listed parties, persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial or pecuniary interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. SAFARILAND, LLC;

2. CADRE HOLDINGS, INC., a publicly held corporation and parent company of wholly-owned subsidiary, SAFARILAND, LLC;

3. NATIONAL FIRE & MARINE INSURANCE COMPANY, insurance carrier for SAFARILAND, LLC.

DATED: November 2, 2026 YUKEVICH | CAVANAUGH

By: 

Steven D. Smelser
Sydney A. Shaffer
Camille T. Baylis
Attorneys for Defendant,
SAFARILAND, LLC

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# PROOF OF SERVICE

**Billy F. Steffey vs. United States of America., et al.**
**USDC, Central Dist. of California - Case No. 2:26-cv-09497-MCS-RAOx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, 15th Floor, Los Angeles, California 90071-1560.

On November 2, 2026, I served true copies of the following document(s) described as **DEFENDANT SAFARILAND, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Billy F. Steffey<br>455 Capital Mall, Suite 802<br>Sacramento, CA 95814 | Plaintiff Pro Per<br><br>Telephone: (916) 955-6332<br>Email: bsteffev@mac.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jespinoza@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2026, at Los Angeles, California.

/s/ Jose Espinoza
Jose L Espinoza