FILED
CLERK, U.S. DISTRICT COURT
10/27/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Billy F. Steffey
Email: bsteffey@mac.com
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Plaintiff, Self-Represented

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and SAFARILAND, LLC,<br><br>Defendants. | Case No. 2:26-cv-09497-MCS-RAOx<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA;**<br><br>**DECLARATIONS OF COURTNEY DE LOTTY AND BILLY F. STEFFEY**<br><br>[Fed. R. Civ. P. 4(i)(1), 4(l)(1); L.R. 4-6]<br><br>Judge: Hon. Mark C. Scarsi |

TO THE COURT AND ALL PARTIES:

Plaintiff Billy F. Steffey files the declarations below as proof of service of the summonses and complaint on Defendant United States of America under Federal Rule of Civil Procedure 4(i)(1):

1. **United States Attorney** (Fed. R. Civ. P. 4(i)(1)(A)(ii); Summons, ECF No. 11). Sent by certified mail to the civil-process clerk at the United

States Attorney's Office on October 6, 2026; delivered October 8, 2026. Declaration of Courtney de Lotty re Service on the United States Attorney & Exhibit A.

2. **Attorney General** (Fed. R. Civ. P. 4(i)(1)(B); Summons, ECF No. 12). Sent by certified mail to the Attorney General of the United States at Washington, D.C., on October 6, 2026; delivered October 9, 2026. Declaration of Courtney de Lotty re Service on the Attorney General & Exhibit B.

Ms. de Lotty's declarations of service for these mailings were first submitted through the Court's Electronic Document Submission System on October 6, 2026, but they do not appear on the docket. Declaration of Billy F. Steffey ¶¶ 2–3. The declarations below replace them.

Dated: October 27, 2026

Billy F. Steffey
Plaintiff, Self-Represented

# DECLARATION OF COURTNEY DE LOTTY

Service on the United States Attorney (Fed. R. Civ. P. 4(i)(1)(A)(ii)) — Summons, ECF No. 11

I, Courtney de Lotty, declare:

1. I am over 18 years of age and am not a party to this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. **Contents.** I placed the following documents, each checked below, in one envelope:

- ☑ Summons in a Civil Action issued to the United States of America, c/o Civil Process Clerk, United States Attorney's Office (ECF No. 11);
- ☑ Complaint (ECF No. 1), including its exhibits;
- ☑ Civil Cover Sheet (ECF No. 1-1);
- ☑ Notice of Assignment to United States Judges (ECF No. 8);
- ☑ Notice to Parties of Court-Directed ADR Program (ECF No. 9);
- ☑ Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (ECF No. 10);
- ☐ Other: __________________________________________.

3. **Address.** The envelope was addressed to the United States Attorney's Office, Civil Processing Unit, 300 N. Los Angeles Street, Suite 7516, Los Angeles, California 90012-3341.

4. **Two labels on one envelope.** The envelope bore two United States Postal Service labels, each with its own number: (a) a **Certified Mail** label, article number 9589 0710 5270 4060 4639 18; and (b) a **Priority Mail** shipping label marked "Signature Required," tracking number 9410 8301 0935 5011 5452 86. Both labels were on this one envelope.

5. **Mailing.** On October 6, 2026, I deposited the envelope with the

United States Postal Service by leaving it, with both labels affixed, on the counter of the U.S. Post Office at _____________3817 Marysville Blvd_____________, Sacramento, California 95838, for acceptance by postal staff.

6. **USPS record — certified article number.** The USPS tracking record for certified article number 9589 0710 5270 4060 4639 18 shows: “USPS in possession of item,” Sacramento, CA 95838, October 6, 2026, at 3:30 p.m.; “Departed Post Office,” Sacramento, CA 95838, October 6, 2026, at 4:12 p.m.; and “Delivered, Front Desk/Reception/Mail Room,” Los Angeles, CA 90012, October 8, 2026, at 2:25 p.m.

7. **USPS record — Priority Mail number.** The USPS tracking record for Priority Mail number 9410 8301 0935 5011 5452 86, the second label on the same envelope, shows: “Accepted at USPS Facility,” Sacramento, CA 95814, October 6, 2026, at 6:27 p.m.; “Out for Delivery,” Los Angeles, CA 90012, October 8, 2026, at 6:17 a.m.; and, as its last entry, “Redelivery Scheduled for Next Business Day,” Los Angeles, CA 90012, October 8, 2026, at 9:56 p.m. The delivery at 2:25 p.m. that day appears in the record for the certified article number (paragraph 6).

8. **Exhibit A.** Exhibit A consists of the USPS Tracking pages for both numbers, printed from the USPS website (tools.usps.com) on October 27, 2026, with the full tracking history displayed. I have reviewed Exhibit A. The two numbers in it are the numbers on the two labels of the envelope described above.

9. **My earlier declaration.** On October 6, 2026, I signed a declaration of service describing this mailing. I understand that it was submitted to the Court through the Court’s Electronic Document Submission System that day and that it does not appear on the Court’s docket. This declaration replaces it. The numbers stated here are taken from the labels on the envelope and from

the USPS records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Sacramento, California.

Courtney de Lotty

Address: 229 Dragonfly Cir

Sacramento, CA 95834

## DECLARATION OF COURTNEY DE LOTTY

Service on the Attorney General (Fed. R. Civ. P. 4(i)(1)(B)) — Summons, ECF No. 12

I, Courtney de Lotty, declare:

1. I am over 18 years of age and am not a party to this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. **Contents.** I placed the following documents, each checked below, in one envelope:

- ☑ Summons in a Civil Action issued to the United States of America, c/o Attorney General of the United States (ECF No. 12);
- ☑ Complaint (ECF No. 1), including its exhibits;
- ☑ Civil Cover Sheet (ECF No. 1-1);
- ☑ Notice of Assignment to United States Judges (ECF No. 8);
- ☑ Notice to Parties of Court-Directed ADR Program (ECF No. 9);
- ☑ Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (ECF No. 10);
- ☐ Other: ______________________________________________.

3. **Address.** The envelope was addressed to the Department of Justice, Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009.

4. **Two labels on one envelope.** The envelope bore two United States Postal Service labels, each with its own number: (a) a **Certified Mail** label, article number 9589 0710 5270 4060 4639 01; and (b) a **Priority Mail** shipping label marked "Signature Required," tracking number 9410 8301 0935 5011 5453 09. Both labels were on this one envelope.

5. **Mailing.** On October 6, 2026, I deposited the envelope with the

United States Postal Service by leaving it, with both labels affixed, on the counter of the U.S. Post Office at 3817 Marysville Blvd, Sacramento, California 95838, for acceptance by postal staff.

6. **USPS record — certified article number.** The USPS tracking record for certified article number 9589 0710 5270 4060 4639 01 shows: "USPS in possession of item," Sacramento, CA 95838, October 6, 2026, at 3:31 p.m.; "Departed Post Office," Sacramento, CA 95838, October 6, 2026, at 4:12 p.m.; and "Arrived at USPS Facility," Washington DC Distribution Center, October 8, 2026, at 1:06 a.m. As of October 27, 2026, the record for that number shows no later entry.

7. **USPS record — Priority Mail number.** The USPS tracking record for Priority Mail number 9410 8301 0935 5011 5453 09, the second label on the same envelope, shows: "Accepted at USPS Facility," Sacramento, CA 95814, October 6, 2026, at 6:28 p.m.; "Arrived at Post Office," Washington, DC 20018, October 8, 2026, at 9:59 a.m.; "Redelivery Scheduled for Next Business Day," Washington, DC 20530, October 8, 2026, at 11:41 a.m.; and "Delivered, Individual Picked Up at Post Office," Washington, DC 20530, October 9, 2026, at 4:29 a.m. The record states: "Your item was picked up at the post office at 4:29 am on October 9, 2026 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGAN."

8. **Exhibit B.** Exhibit B consists of the USPS Tracking pages for both numbers, printed from the USPS website (tools.usps.com) on October 27, 2026, with the full tracking history displayed. I have reviewed Exhibit B. The two numbers in it are the numbers on the two labels of the envelope described above.

9. **My earlier declaration.** On October 6, 2026, I signed a declaration of service describing this mailing. I understand that it was submitted to the

Court through the Court's Electronic Document Submission System that day and that it does not appear on the Court's docket. This declaration replaces it. The numbers stated here are taken from the labels on the envelope and from the USPS records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Sacramento, California.

Courtney de Lotty
Address: 229 Dragonfly Cir
Sacramento, CA 95834

# DECLARATION OF BILLY F. STEFFEY

Prior Submission of the Proofs of Service

I, Billy F. Steffey, declare:

1. I am the plaintiff in this action and represent myself. I have personal knowledge of the facts stated in this declaration.

2. On October 6, 2026, at 11:40 a.m., I submitted Ms. de Lotty's two declarations of service for the mailings described above through the Court's Electronic Document Submission System (EDSS), Tracking No. EDS-261006-003-7969, as files named "CDCA AG PROOF OF SERVICE.pdf" and "CDCA AUSA PROOF OF SERVICE.pdf." The Court's confirmation e-mail of that date states that "the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF."

3. As of October 27, 2026, neither declaration appears on the docket of this action, and I have received no notice from the Clerk concerning that submission.

4. On October 19, 2026, I submitted photographs of the two envelopes through EDSS, Tracking No. EDS-261019-003-8424. On October 27, 2026, the Clerk posted this message to that submission: "Pictures of envelope are not proof of service. See local rules for guidance. No Action Taken."

5. The Court granted me leave to file electronically on October 20, 2026 (ECF No. 19). I am filing through CM/ECF Ms. de Lotty's declarations set out above, which replace her October 6 declarations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Sacramento, California.

Billy F. Steffey

# PROOF OF SERVICE

(L.R. 5-3.1.2; Initial Standing Order § 17)

I, Billy F. Steffey, declare: I am the plaintiff in this action. On October 27, 2026, I served the following documents:

(1) Proof of Service of Summons and Complaint on Defendant United States of America; Declarations of Courtney de Lotty and Billy F. Steffey, with Exhibits A and B; and

(2) Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi (ECF No. 23).

**Defendant United States of America — by first-class mail.** I placed copies of documents (1) and (2) in a sealed envelope, with first-class postage fully prepaid, addressed as follows, and deposited it with the United States Postal Service at Sacramento, California, on the date above:

Civil Process Clerk
United States Attorney's Office, Central District of California
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012

**Defendant Safariland, LLC — by Notice of Electronic Filing and e-mail.** Document (1) is being filed through the Court's CM/ECF system, which will send a Notice of Electronic Filing to Safariland's counsel of record. Document (2) was served by e-mail, under counsel's written consent to e-mail service, to sshaffer@yukelaw.com, smelser@yukelaw.com, cbaylis@yukelaw.com, and eservice@yukelaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Sacramento, California.

Billy F. Steffey

# EXHIBIT A

USPS Tracking records for the envelope addressed to the United States Attorney's Office (Summons, ECF No. 11)
Certified Mail 9589 0710 5270 4060 4639 18
Priority Mail 9410 8301 0935 5011 5452 86
Printed from tools.usps.com on October 27, 2026

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

**Tracking Number:**

## 9589071052704060463918

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:25 pm on October 8, 2026 in LOS ANGELES, CA 90012.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
LOS ANGELES, CA 90012
October 8, 2026 2:25 PM

**Out for Delivery**
LOS ANGELES, CA 90012
October 8, 2026 6:17 AM

**Arrived at Post Office**
LOS ANGELES, CA 90012
October 8, 2026 6:06 AM

**Arrived at USPS Facility**
LOS ANGELES CA DISTRIBUTION CENTER
October 7, 2026 10:58 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
October 6, 2026 7:42 PM

**Departed Post Office**
SACRAMENTO, CA 95838
October 6, 2026 4:12 PM

**USPS in possession of item**
SACRAMENTO, CA 95838
October 6, 2026 3:30 PM

**Hide Tracking History**

**Feedback**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove ✕**

**Tracking Number:**

## 9410830109355011545286

**Copy** **Add to Informed Delivery**

### Latest Update

We were unable to deliver your package at 9:56 pm on October 8, 2026 in LOS ANGELES, CA 90012 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivery Attempt

**Redelivery Scheduled for Next Business Day**
LOS ANGELES, CA 90012
October 8, 2026 9:56 PM

**Out for Delivery**
LOS ANGELES, CA 90012
October 8, 2026 6:17 AM

**Arrived at Post Office**
LOS ANGELES, CA 90012
October 8, 2026 6:06 AM

**Arrived at USPS Facility**
LOS ANGELES, CA 90012
October 8, 2026 5:33 AM

**Arrived at USPS Facility**
LOS ANGELES CA DISTRIBUTION CENTER
October 7, 2026 2:25 PM

**Departed USPS Facility**
LOS ANGELES CA DISTRIBUTION CENTER
October 7, 2026 1:43 PM

**Departed USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
October 6, 2026 9:14 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
October 6, 2026 7:42 PM

**Accepted at USPS Facility**
SACRAMENTO, CA 95814

October 6, 2026 6:27 PM

**Shipping Label Created**
SACRAMENTO, CA 95814
October 5, 2026 7:54 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT B

USPS Tracking records for the envelope addressed to the
Attorney General of the United States (Summons, ECF No. 12)
Certified Mail 9589 0710 5270 4060 4639 01
Priority Mail 9410 8301 0935 5011 5453 09
Printed from tools.usps.com on October 27, 2026

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

## 9589071052704060463901

**Copy** **Add to Informed Delivery**

## Latest Update

Your item arrived at our WASHINGTON DC DISTRIBUTION CENTER destination facility on October 8, 2026 at 1:06 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 8, 2026 1:06 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 6, 2026 7:43 PM

**Departed Post Office**

SACRAMENTO, CA 95838
October 6, 2026 4:12 PM

**USPS in possession of item**

SACRAMENTO, CA 95838
October 6, 2026 3:31 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less ^**

Remove ✕

**Tracking Number:**

# 9410830109355011545309

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:29 am on October 9, 2026 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGAN.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
October 9, 2026 4:29 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
October 8, 2026 11:41 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
October 8, 2026 9:59 AM

**Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 8, 2026 4:28 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 8, 2026 1:06 AM

**In Transit, Arriving On Time**
October 7, 2026 4:51 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
October 6, 2026 7:43 PM

**Accepted at USPS Facility**
SACRAMENTO, CA 95814
October 6, 2026 6:28 PM

**Shipping Label Created**
SACRAMENTO, CA 95814
October 5, 2026 7:54 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**