FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Billy F. Steffey
Email: bsteffey@mac.com
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Plaintiff, Self-Represented

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and SAFARILAND, LLC,<br><br>Defendants. | Case No. 2:26-cv-09497-MCS-RAOx<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON SAFARILAND, LLC'S MOTION TO DISMISS (ECF No. 22);**<br><br>**DECLARATION OF BILLY F. STEFFEY**<br><br>[Initial Standing Order §§ 2, 4; proposed order lodged concurrently]<br><br>Current hearing: Dec. 7, 2026<br>Requested: Dec. 14, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7C<br><br>Judge: Hon. Mark C. Scarsi |

Plaintiff Billy F. Steffey ("Plaintiff") and Defendant Safariland, LLC ("Safariland") (together, the "Parties") stipulate as follows:

1. On October 26, 2026, Safariland filed its Notice of Motion and

Motion to Dismiss Counts III and IV of Plaintiff's First Amended Complaint (ECF No. 22) (the "Motion") and set it for hearing on Monday, December 7, 2026, at 9:00 a.m., in Courtroom 7C.

2. The Court requires in-person appearances and does not permit remote appearances in civil cases. Initial Standing Order § 2 (ECF No. 23). Plaintiff, who is self-represented, represents that he has a previously scheduled in-person court appearance in another matter, in which he is a party, on December 7, 2026, and that he cannot move it. Declaration of Billy F. Steffey ("Steffey Decl.") ¶ 3.

3. Plaintiff represents that he is located in Sacramento, California, more than 350 miles from the First Street Courthouse, and that he must make travel reservations to appear in person. Steffey Decl. ¶ 4. The Parties therefore respectfully ask that the Court rule on this Stipulation at its earliest convenience.

4. The requested continuance is one week, consistent with Section 2 of the Initial Standing Order. It is the first request to continue the hearing on the Motion, and no party has previously asked the Court to continue any date in this action. Steffey Decl. ¶ 8.

5. Monday, December 14, 2026, is a civil motion day; it is not a court holiday or a closed motion date on the Court's posted calendar.

6. The continuance does not change the briefing schedule. Both the current and the requested hearing dates fall between 35 and 70 days after the Motion was filed on October 26, 2026, so Plaintiff's opposition remains due November 9, 2026, and Safariland's reply November 16, 2026. Initial Standing Order § 9(b).

7. The Motion is Safariland's alone, and the continuance affects no other date in this action. This Stipulation is filed more than seven calendar days before the date it affects, Initial Standing Order § 4, and Plaintiff will

serve it on the United States by mail, *id.* § 17.

Accordingly, the Parties STIPULATE, subject to the Court's approval, and respectfully request that the Court ORDER that:

(a) The hearing on the Motion (ECF No. 22) is continued from Monday, December 7, 2026, at 9:00 a.m., to Monday, December 14, 2026, at 9:00 a.m., in Courtroom 7C, or to such later date as the Court may set; and

(b) The briefing schedule is unchanged: Plaintiff's opposition is due November 9, 2026, and Safariland's reply is due November 16, 2026.

IT IS SO STIPULATED.

Dated: October 28, 2026

Billy F. Steffey
Plaintiff, Self-Represented

YUKEVICH | CAVANAUGH

Dated: October 29, 2026 By: /s/ Sydney Shaffer

Sydney A. Shaffer
Steven D. Smelser
Attorneys for Defendant
Safariland, LLC

**Attestation (L.R. 5-4.3.4(a)(2)(i)).** I, Billy F. Steffey, the filer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

## DECLARATION OF BILLY F. STEFFEY

(Initial Standing Order §§ 2, 4)

I, Billy F. Steffey, declare:

1. I am the plaintiff in this action and represent myself. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I make this declaration under Sections 2 and 4 of the Court's Initial Standing Order (ECF No. 23) in support of the Parties' Joint Stipulation to Continue Hearing on Safariland, LLC's Motion to Dismiss (ECF No. 22), which asks the Court to continue the hearing from December 7, 2026, to December 14, 2026.

2. Safariland filed the Motion on October 26, 2026, and set it for hearing on Monday, December 7, 2026, at 9:00 a.m., in Courtroom 7C. Because the Court requires in-person appearances, I intend to attend the hearing and argue the Motion in person.

3. I cannot appear on December 7, 2026. On that day I have a previously scheduled in-person court appearance in another matter in which I am a party, and I am not able to move it. If the Court wishes, I will identify that matter for the Court's *in camera* review.

4. I am located in Sacramento, California, more than 350 miles from the First Street Courthouse in Los Angeles. To appear in person, I must travel to Los Angeles, and I need to make travel reservations in advance. A prompt ruling on the Stipulation will allow me to make those reservations for the date the Court sets.

5. I am available to appear in person on Monday, December 14, 2026, at 9:00 a.m.

6. On the night Safariland filed the Motion, October 26, 2026, I asked Safariland's counsel, Sydney A. Shaffer, by e-mail whether Safariland would stipulate to continue the hearing to Monday, December 14 or Monday,

December 21, 2026, with the briefing schedule unchanged. I followed up by e-mail on October 27, 2026. Safariland has agreed to continue the hearing to December 14, 2026, as the Stipulation reflects.

7. The continuance will not delay the briefing. I will file my opposition by November 9, 2026, as Section 9(b) of the Initial Standing Order requires, and Safariland's reply remains due November 16, 2026.

8. This is the first request to continue the hearing on the Motion. I have not previously requested a continuance of any date in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, at Sacramento, California.

____________________________

Billy F. Steffey

# PROOF OF SERVICE

(L.R. 5-3.1.2; Initial Standing Order § 17)

I, Billy F. Steffey, declare: I am the plaintiff in this action. On October 30, 2026, I served the foregoing Joint Stipulation to Continue Hearing on Safariland, LLC's Motion to Dismiss (ECF No. 22) and Declaration of Billy F. Steffey, together with each document filed or lodged with it, including the [Proposed] Order, as follows:

**Defendant United States of America — by first-class mail.** I placed copies in a sealed envelope, with first-class postage fully prepaid, addressed as follows, and deposited it with the United States Postal Service at Sacramento, California, on the date above:

Civil Process Clerk
United States Attorney's Office, Central District of California
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012

**Defendant Safariland, LLC — by Notice of Electronic Filing.** The documents are being filed through the Court's CM/ECF system, which will send a Notice of Electronic Filing to Safariland's counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026, at Sacramento, California.

Billy F. Steffey