Billy F. Steffey
Email: bsteffey@mac.com
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
Plaintiff, Self-Represented

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and SAFARILAND, LLC,<br><br>Defendants. | Case No. 2:26-cv-09497-MCS-RAOx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON SAFARILAND, LLC'S MOTION TO DISMISS (ECF No. 22)**<br><br>Judge: Hon. Mark C. Scarsi |

The Court has considered the Parties' Joint Stipulation to Continue Hearing on Safariland, LLC's Motion to Dismiss (ECF No. 22) and the Declaration of Billy F. Steffey. Good cause appearing, IT IS ORDERED:

1. The hearing on Defendant Safariland, LLC's Motion to Dismiss Counts III and IV of Plaintiff's First Amended Complaint (ECF No. 22) is CONTINUED from December 7, 2026, at 9:00 a.m., to December 14, 2026, at 9:00 a.m., in Courtroom 7C of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012.

2. The briefing schedule is unchanged. Plaintiff's opposition is due November 9, 2026, and Safariland's reply is due November 16, 2026.

IT IS SO ORDERED.

Dated: ______________________ ____________________________________

Hon. Mark C. Scarsi

United States District Judge