UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-09497-MCS-RAO** | Date | November 10, 2026 |
| Title | ***Steffey v. United States*** | | |

| | |
|---|---|
| Present: The Honorable | Mark C. Scarsi, United States District Judge |

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: STIPULATION TO CONTINUE HEARING (ECF NO. 30)**

Defendant Safariland, LLC, moves to dismiss claims asserted in the amended complaint of Plaintiff Billy F. Steffey, a self-represented litigant. (Mot., ECF No. 22.) Safariland and Mr. Steffey stipulate to continue the hearing on the motion by a week given Mr. Steffey's scheduling commitments. (Stip., ECF No. 30.) The Court grants the stipulation and continues the hearing on the motion to December 14, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**